# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| In Re: | : |
|  | : CHAPTER 13 |
| **Kelvin Alvin Lashley** | : |
|  | : CASE NO. 24-10595-MDC |
|  | : |
| **Debtor** | : |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned hereby enters his appearance as counsel for Creditor, **US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust**, in the above proceeding and requests per Rule 2002(g) and 9010(b) that his name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

        Brian E. Caine, Esq.
        PARKER McCAY P.A.
        9000 Midlantic Drive, Suite 300
        Mount Laurel, NJ  08054
        (856) 985-4059
        bcaine@parkermccay.com

DATED:  February 27, 2024

        By:  /s/ Brian E. Caine
        BRIAN E. CAINE, ESQ.
        PA Attorney ID #86057
        **PARKER McCAY P.A.**
        9000 Midlantic Drive; Suite 300
        P.O. Box 5054
        Mt. Laurel, NJ 08054
        (856) 985-4059
        Fax (856)-596-3427
        bcaine@parkermccay.com
        Attorney for US Bank Trust National Association,
        Not In Its Individual Capacity But Solely As Owner
        Trustee For VRMTG Asset Trust