UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                          Bankr. Case No. 24-10595-MDC

Kelvin Alvin Lashley                                                                    Chapter 13
    Debtor(s)

## REQUEST FOR NOTICE

   Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

      AmeriCredit Financial Services, Inc. dba GM Financial
      PO Box 183853
      Arlington, TX  76096

By /s/ Mandy Youngblood

  Mandy Youngblood
 PO Box 183853
 Arlington, TX  76096
 877-203-5538
 877-259-6417
 Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                              Bankr. Case No. 24-10595-MDC

Kelvin Alvin Lashley                                                                          Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on March 11, 2024 :

| | |
|---|---|
| MICHAEL A CIBIK<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 | Kenneth E West<br>Office of the Chapter 3 Standing Trustee<br>1234 Market Street Ste 1813<br>Philadelphia, PA 19107 |

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx94178 / 1088411