**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kelvin Alvin Lashley             CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 24-10595 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of DLJ Mortgage Capital, Inc., and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
29 Mar 2024, 14:35:59, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322