**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : |
| | : |
| KELVIN ALVIN LASHLEY | : |
| XXX-XX-1476 | : |
|     Debtor. | :CHAPTER 13 |
| | :CASE NO. 24-10595-AMC |

# OBJECTION TO CONFIRMATION OF PLAN PURSUANT TO 11 *U.S.C.* SECTION 1322, 1324, AND 1325, *ET SEQ.*

Secured Creditor, Federal Home Loan Mortgage Corporation, as trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2017-2, as owner of the Related Mortgage Loan, the holder of a mortgage on the real property of the Debtor commonly known as 34 Ashmead Place South, Philadelphia, Pennsylvania 19144, by and through its undersigned attorneys, hereby objects to the confirmation of the Chapter 13 Plan proposed by the Debtor in the event that the Debtor has failed to make post-petition mortgage payments as required by the proposed plan and/or as required by 11 *U.S.C.* Section 1322 and 1326, *et seq*.

Further, objection is made to confirmation of the proposed Plan in the event that:

(a)     the Debtor has failed to make all required payments to the Standing Trustee pursuant to 11 U.S.C. Section 1326;

(b)     the Debtor seeks to modify the rights of Secured Creditor, which is the holder of a claim secured only by a security interest in real property that is the principal residence of the Debtor;

(c)     the proposed plan fails to comply with the requirements of the Bankruptcy Code and is not proposed in good faith;

(d)     the proposed plan does not provide that Secured Creditor retain its lien;

(e)     the value of the property to be distributed to Secured Creditor under the plan is less than the allowed amount of its claim;

(f) the proposed plan is not feasible;

(g) the proposed plan fails to comply with other applicable provisions of Title 11;

(h) the proposed plan fails to provide for Secured Creditor's claim as provided for in its Proof of Claim.

Wherefore, Secured Creditor respectfully requests that the court deny confirmation of Debtor's proposed Plan.

Respectfully submitted,
Romano Garubo & Argentieri

/s/EMMANUEL J. ARGENTIERI
EMMANUEL J. ARGENTIERI

Date: April 9, 2024

ROMANO GARUBO & ARGENTIERI
Emmanuel J. Argentieri, Esquire/59264
52 Newton Avenue, P.O. Box 456
Woodbury, New Jersey 08096
(856) 384-1515
eargentieri@rgalegal.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:

KELVIN ALVIN LASHLEY
XXX-XX-1476
        Debtor.

:CHAPTER 13
:CASE NO. 24-10595-AMC

**CERTIFICATION OF SERVICE**

1. I, Kristina S. Johnston:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Romano Garubo & Argentieri, who represents the secured creditor, Federal Home Loan Mortgage Corporation, as trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2017-2, as owner of the Related Mortgage Loan in the above-captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On April 9, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Objection to Confirmation of Plan

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: April 9, 2024

                                        /s/ KRISTINA S. JOHNSTON
                                        KRISTINA S. JOHNSTON

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kelvin Alvin Lashley<br>4 Donneybrook Lane<br>Collegeville, PA 19426-4408 | Debtor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Michael A. Cibik<br>Cibik Law, P.C.<br>1500 Walnut Street, Suite 900<br>Philadelphia, PA 19102 | Debtor's Attorney | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Kenneth E. West<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street, Suite 1813<br>Philadelphia, PA 19107 | Chapter 13 Trustee | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| United States Trustee<br>Office of the U.S. Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107 | U.S Trustee | ☐ Hand-delivered<br>☐ Certified Mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |

ROMANO GARUBO & ARGENTIERI
Emmanuel J. Argentieri, Esquire/59264
52 Newton Avenue, P.O. Box 456
Woodbury, New Jersey 08096
(856) 384-1515
eargentieri@rgalegal.com