**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Kelvin Alvin Lashley**<br>**Debtor**<br><br>**The Bank of New York Mellon, formerly known as The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certificates, Series 2007-1**<br>**Movant**<br><br>**vs.**<br><br>**Kelvin Alvin Lashley**<br>**Kenneth E. West, Trustee**<br>**Respondents** | **BK NO. 24-10595 AMC**<br><br>**Chapter 13**<br><br>**Hearing Date: 06/20/24** |

**OBJECTION OF THE BANK OF NEW YORK MELLON, FORMERLY KNOWN AS THE BANK OF NEW YORK, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE CIT MORTGAGE LOAN TRUST, 2007-1 ASSET-BACKED CERTIFICATES, SERIES 2007-1 TO CONFIRMATION OF CHAPTER 13 PLAN**

The Bank of New York Mellon, formerly known as The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certificates, Series 2007-1 (hereinafter Secured Creditor), objects to confirmation of Debtor's Chapter 13 plan and asserts in support of its Objection as follows:

1. The claims bar date is May 3, 2024. Secured Creditor intends to file a claim on or before the bar date with pre-petition arrears estimated at $170,352.26.

2. Debtor's Plan provides for payment in the amount of $100,000.00 towards the arrearage claim of the Secured Creditor.

3. Debtor’s Plan understates the amount of the Secured Creditor’s claim by $170,352.26 and does not provide sufficient funding to pay said claim.

4. Accordingly, Debtor's Plan is not feasible, as it does not fully compensate the Secured Creditor.

5. In addition, the Debtor’s Plan fails to comply with 11 U.S.C. §§ 1322 and 1325.

WHEREFORE, the Secured Creditor, The Bank of New York Mellon, formerly known as The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certificates, Series 2007-1, prays that the Court deny confirmation of the Debtor’s Plan.

Respectfully submitted,

Date: April 18, 2024

By: **/s/Denise Carlon**

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
Attorney for Movant/Applicant