**CHH Community Health Inc**
Temple Health Sys Boyer Pavilion, 3509 N Broad Street
9th Floor
Philadelphia, PA  19140

| | |
|---|---|
| Pay Group: | CHH-CHH-Biweekly |
| Pay Begin Date: | 12/31/2023 |
| Pay End Date: | 01/13/2024 |

| | |
|---|---|
| Business Unit: | 627 |
| Advice #: | 000000000017265 |
| Advice Date: | 01/19/2024 |

**Kelvin A Lashley**
4 DONNY BROOK WAY
COLLEGEVILLE, PA  19426

| | |
|---|---|
| Employee ID: | 502028482 |
| Department: | 1025200-5S-Medical Surgical |
| Location: | 5S-Medical Surgical |
| Job Title: | RN II |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Married | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| OT Stndard | 59.830000 | 8.00 | 478.64 | 16.00 | 957.28 |
| Regular | 59.830000 | 72.00 | 4,307.76 | 144.00 | 8,615.52 |
| OT @ 1.5 | 89.745000 | 1.25 | 112.18 | 3.75 | 346.91 |
| Hol Pr 0.5 | 29.915000 | 13.75 | 411.33 | 13.75 | 411.33 |
| Incentive | | | 0.00 | | 80.00 |
| **TOTAL:** | | **95.00** | **5,309.91** | **177.50** | **10,411.04** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed OASDI/EE | 322.43 | 632.44 |
| Fed MED/EE | 75.41 | 147.91 |
| Fed Withholdng | 799.23 | 1,550.36 |
| PA Withholdng | 159.66 | 313.16 |
| PA Unempl EE | 3.72 | 7.29 |
| PHILADELPHIA Withhol | 182.66 | 358.14 |
| **TOTAL:** | **1,543.11** | **3,009.30** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PEN CONTRB EE | 193.85 | 387.70 |
| PersChoice | 97.30 | 188.23 |
| Dental | 12.12 | 22.22 |
| **TOTAL:** | **303.27** | **598.15** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TUHS STD | 43.49 | 86.98 |
| LTD | 25.03 | 50.06 |
| Suppl Life | 33.64 | 67.28 |
| Suppl AD&D | 1.56 | 3.12 |
| **TOTAL:** | **103.72** | **207.44** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| PersChoice | 875.69 | 1,694.09 |
| Dental | 36.35 | 66.64 |
| Vision | 2.67 | 5.34 |
| PEN CONTRB ER | 193.85 | 387.70 |
| LTD | 23.26 | 46.52 |
| Life | 0.33 | 0.66 |

*IMPUTED INCOME

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 5,309.91 | 5,006.64 | 1,543.11 | 406.99 | 3,359.81 |
| YTD | 10,411.04 | 9,812.89 | 3,009.30 | 805.59 | 6,596.15 |

| BENEFIT TIME | BALANCE |
|---|---|
| Vacation | 162.00 |
| Sick | 125.91 |
| Personal | 1.60 |

## NET PAY DISTRIBUTION

Advice #000000000017265

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | XXXXXXXXXX8893 | 100.00 |
| Checking | XXXXXXXXXX9598 | 100.00 |
| Checking | XXXXXXXXXX2767 | 100.00 |
| Checking | XXXXXXXXXX4041 | 100.00 |
| Checking | XXXXXXXXXX0617 | 100.00 |
| Checking | XXXXXXXXXX0527 | 100.00 |
| Checking | XXXXXXXXXX7953 | 300.00 |
| Checking | XXXXXXXXXX0251 | 2,459.81 |
| **TOTAL:** | | **3,359.81** |

**MESSAGE:**

**CHH Community Health Inc**
Temple Health Sys Boyer Pavilion, 3509 N Broad Street
9th Floor
Philadelphia, PA  19140

| Pay Group: | CHH-CHH Biweekly | Business Unit: | 627 |
|---|---|---|---|
| Pay Begin Date: | 12/17/2023 | Advice #: | 000000000016620 |
| Pay End Date: | 12/30/2023 | Advice Date: | 01/05/2024 |

**Kelvin A Lashley**
4 DONNY BROOK WAY
COLLEGEVILLE, PA  19426

| Employee ID: | 502028482 |
|---|---|
| Department: | 1025200-5S-Medical Surgical |
| Location: | 5S-Medical Surgical |
| Job Title: | RN II |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Married | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| OT Stndard | 59.830000 | 8.00 | 478.64 | 8.00 | 478.64 | Fed OASDI/EE | 310.01 | 310.01 |
| Regular | 59.830000 | 72.00 | 4,307.76 | 72.00 | 4,307.76 | Fed MED/EE | 72.50 | 72.50 |
| Incentive | | | 80.00 | | 80.00 | Fed Withholdng | 751.13 | 751.13 |
| OT @ 1.5 | 67.607778 | -14.00 | -1,310.87 | | 0.00 | PA Withholdng | 153.50 | 153.50 |
| OT @ 1.5 | 69.089259 | 14.00 | 1,321.24 | | 0.00 | PA Unempl EE | 3.57 | 3.57 |
| OT @ 1.5 | 89.745000 | 2.50 | 224.36 | 2.50 | 234.73 | PHILADELPHIA Withhol | 175.48 | 175.48 |
| **TOTAL:** | | **82.50** | **5,101.13** | **82.50** | **5,101.13** | **TOTAL:** | **1,466.19** | **1,466.19** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| PEN CONTRB EE | 193.85 | 193.85 | TUHS STD | 43.49 | 43.49 | PersChoice | 818.40 | 818.40 |
| PersChoice | 90.93 | 90.93 | LTD | 25.03 | 25.03 | Dental | 30.29 | 30.29 |
| Dental | 10.10 | 10.10 | Suppl Life | 33.64 | 33.64 | Vision | 2.67 | 2.67 |
| | | | Suppl AD&D | 1.56 | 1.56 | PEN CONTRB ER | 193.85 | 193.85 |
| | | | | | | LTD | 23.26 | 23.26 |
| | | | | | | Life | 0.33 | 0.33 |
| **TOTAL:** | **294.88** | **294.88** | **TOTAL:** | **103.72** | **103.72** | ***IMPUTED INCOME** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 5,101.13 | 4,806.25 | 1,466.19 | 398.60 | 3,236.34 |
| YTD | 5,101.13 | 4,806.25 | 1,466.19 | 398.60 | 3,236.34 |

| BENEFIT TIME | BALANCE |
|---|---|
| Vacation | 162.00 |
| Sick | 122.58 |
| Personal | 1.60 |

| NET PAY DISTRIBUTION | | | |
|---|---|---|---|
| | Account Type | Account Number | Deposit Amount |
| Advice #000000000016620 | Checking | XXXXXXXXXXX8893 | 100.00 |
| | Checking | XXXXXXXXXXX9598 | 100.00 |
| | Checking | XXXXXXXXXXX2767 | 100.00 |
| | Checking | XXXXXXXXXXX4041 | 100.00 |
| | Checking | XXXXXXXXXXX0617 | 100.00 |
| | Checking | XXXXXXXXXXX0527 | 100.00 |
| | Checking | XXXXXXXXXXX7953 | 300.00 |
| | Checking | XXXXXXXXXXX0251 | 2,336.34 |
| **TOTAL:** | | | **3,236.34** |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.

**MESSAGE:**

| | | |
|---|---|---|
| CHH Community Health Inc<br>Temple Health Sys Boyer Pavilion, 3509 N Broad Street<br>9th Floor<br>Philadelphia, PA  19140 | Pay Group:           CHH-CHH Biweekly<br>Pay Begin Date:    11/19/2023<br>Pay End Date:      12/02/2023 | Business Unit:    627<br>Advice #:           000000000015319<br>Advice Date:       12/08/2023 |

| | | | |
|---|---|---|---|
| | | TAX DATA: | Federal           PA State |
| Kelvin A Lashley<br>4 DONNY BROOK WAY<br>COLLEGEVILLE, PA  19426 | Employee ID:    502028482<br>Department:     1025200-5S-Medical Surgical<br>Location:         5S-Medical Surgical<br>Job Title:        RN II | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Married           N/A<br>N/A              N/A<br>N/A |

## HOURS AND EARNINGS | TAXES

| | | Current | | YTD | | | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| OT Stndard | 59.830000 | 4.75 | 284.19 | 167.00 | 9,469.43 | Fed OASDI/EE | 485.05 | 9,247.42 |
| Regular | 59.830000 | 72.00 | 4,307.76 | 1,643.75 | 93,315.73 | Fed MED/EE | 113.44 | 2,162.70 |
| Shift 3.00 | 3.000000 | 13.25 | 39.75 | 710.00 | 2,130.00 | Fed Withholdng | 1,401.26 | 25,611.38 |
| Hol Pr 0.5 | 29.915000 | 26.50 | 792.75 | 63.25 | 1,823.96 | PA Withholdng | 240.18 | 4,578.97 |
| Bonus Sign | | | 2,500.00 | | 5,000.00 | PA Unempl EE | 5.54 | 106.10 |
| Incentive | | | 0.00 | | 8,780.00 | PHILADELPHIA Withhol | 272.60 | 5,214.26 |
| Shift 2.00 | | | 0.00 | 117.75 | 235.50 | | | |
| OT @ 1.5 | | | 0.00 | 277.75 | 24,817.25 | | | |
| Holiday | | | 0.00 | 16.00 | 897.92 | | | |
| Nonprod NP | | | 0.00 | 17.00 | 0.00 | | | |
| Nprod N-OT | | | 0.00 | 2.00 | 112.24 | | | |
| Vacation | | | 0.00 | 36.00 | 2,020.32 | | | |
| Hol Pd Out | | | 0.00 | 24.00 | 1,346.88 | | | |
| Personal | | | 0.00 | 27.00 | 1,515.24 | | | |
| Nonprod Pd | | | 0.00 | 2.00 | 112.24 | | | |
| **TOTAL:** | | **116.50** | **7,924.45** | **3,103.50** | **151,576.71** | **TOTAL:** | **2,518.07** | **46,920.83** |

## BEFORE-TAX DEDUCTIONS | AFTER-TAX DEDUCTIONS | EMPLOYER PAID BENEFITS

| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
|---|---|---|---|---|---|---|---|---|
| PEN CONTRB EE | 193.85 | 4,408.84 | TUHS STD | 43.49 | 1,017.56 | PersChoice | 818.40 | 19,641.60 |
| PersChoice | 90.93 | 2,182.32 | LTD | 25.03 | 569.52 | Dental | 30.29 | 726.96 |
| Dental | 10.10 | 242.40 | Suppl Life | 33.64 | 763.56 | Vision | 2.67 | 64.08 |
| | | | Suppl AD&D | 1.56 | 37.44 | PEN CONTRB ER | 193.85 | 4,408.84 |
| | | | | | | LTD | 23.26 | 529.44 |
| | | | | | | Life | 0.33 | 7.92 |
| **TOTAL:** | **294.88** | **6,833.56** | **TOTAL:** | **103.72** | **2,388.08** | ***IMPUTED INCOME** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 7,924.45 | 7,629.57 | 2,518.07 | 398.60 | 5,007.78 |
| YTD | 151,576.71 | 144,743.15 | 46,920.83 | 9,221.64 | 95,434.24 |

| BENEFIT TIME | BALANCE | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|
| Vacation | 162.00 | | **Account Type** | **Account Number** | **Deposit Amount** |
| Sick | 115.92 | Advice #000000000015319 | Checking | XXXXXXXXXXX8893 | 100.00 |
| Personal | 1.60 | | Checking | XXXXXXXXXXX9598 | 100.00 |
| | | | Checking | XXXXXXXXXXX2767 | 100.00 |
| | | | Checking | XXXXXXXXXXX4041 | 100.00 |
| | | | Checking | XXXXXXXXXXX0617 | 100.00 |
| | | | Checking | XXXXXXXXXXX0527 | 100.00 |
| | | | Checking | XXXXXXXXXXX7953 | 300.00 |
| | | | Checking | XXXXXXXXXXX0251 | 4,107.78 |
| | | | **TOTAL:** | | **5,007.78** |

**MESSAGE:**

| | | |
|---|---|---|
| **CHH Community Health Inc**<br>Temple Health Sys Boyer Pavilion, 3509 N Broad Street<br>9th Floor<br>Philadelphia, PA  19140 | Pay Group:         CHH-CHH Biweekly<br>Pay Begin Date:   12/03/2023<br>Pay End Date:     12/16/2023 | Business Unit:   627<br>Advice #:          000000000015979<br>Advice Date:      12/22/2023 |

| | | | |
|---|---|---|---|
| **Kelvin A Lashley**<br>4 DONNY BROOK WAY<br>COLLEGEVILLE, PA  19426 | Employee ID:   502028482<br>Department:    1025200-5S-Medical Surgical<br>Location:         5S-Medical Surgical<br>Job Title:        RN II | **TAX DATA:**<br>Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | **Federal        PA State**<br>Married         N/A<br>N/A              N/A<br>N/A |

### HOURS AND EARNINGS

| | | ----------------- Current ------------------- | | ------------ YTD --------------- | | **TAXES** | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| OT Stndard | 59.830000 | 8.00 | 478.64 | 175.00 | 9,948.07 | Fed OASDI/EE | 401.98 | 9,649.40 |
| Regular | 59.830000 | 72.00 | 4,307.76 | 1,715.75 | 97,623.49 | Fed MED/EE | 94.02 | 2,256.72 |
| Incentive | | | 420.00 | | 9,200.00 | Fed Withholdng | 1,127.84 | 26,739.22 |
| OT @ 1.5 | 67.607778 | 14.00 | 1,310.87 | 292.50 | 26,195.43 | PA Withholdng | 199.05 | 4,778.02 |
| OT @ 1.5 | 89.745000 | 0.75 | 67.31 | | 0.00 | PA Unempl EE | 4.61 | 110.71 |
| Shift 2.00 | | | 0.00 | 117.75 | 235.50 | PHILADELPHIA Withhol | 226.51 | 5,440.77 |
| Shift 3.00 | | | 0.00 | 710.00 | 2,130.00 | | | |
| Holiday | | | 0.00 | 16.00 | 897.92 | | | |
| Nonprod NP | | | 0.00 | 17.00 | 0.00 | | | |
| Nprod N-OT | | | 0.00 | 2.00 | 112.24 | | | |
| Vacation | | | 0.00 | 36.00 | 2,020.32 | | | |
| Hol Pd Out | | | 0.00 | 24.00 | 1,346.88 | | | |
| Hol Pr 0.5 | | | 0.00 | 63.25 | 1,823.96 | | | |
| Personal | | | 0.00 | 27.00 | 1,515.24 | | | |
| Nonprod Pd | | | 0.00 | 2.00 | 112.24 | | | |
| Bonus Sign | | | 0.00 | | 5,000.00 | | | |
| **TOTAL:** | | **94.75** | **6,584.58** | **3,198.25** | **158,161.29** | **TOTAL:** | **2,054.01** | **48,974.84** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| PEN CONTRB EE | 193.85 | 4,602.69 | TUHS STD | 43.49 | 1,061.05 | PersChoice | 818.40 | 20,460.00 |
| PersChoice | 90.93 | 2,273.25 | LTD | 25.03 | 594.55 | Dental | 30.29 | 757.25 |
| Dental | 10.10 | 252.50 | Suppl Life | 33.64 | 797.20 | Vision | 2.67 | 66.75 |
| | | | Suppl AD&D | 1.56 | 39.00 | PEN CONTRB ER | 193.85 | 4,602.69 |
| | | | | | | LTD | 23.26 | 552.70 |
| | | | | | | Life | 0.33 | 8.25 |
| **TOTAL:** | **294.88** | **7,128.44** | **TOTAL:** | **103.72** | **2,491.80** | ***IMPUTED INCOME** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 6,584.58 | 6,289.70 | 2,054.01 | 398.60 | 4,131.97 |
| YTD | 158,161.29 | 151,032.85 | 48,974.84 | 9,620.24 | 99,566.21 |

| BENEFIT TIME | BALANCE | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|
| Vacation | 162.00 | | **Account Type** | **Account Number** | **Deposit Amount** |
| Sick | 119.25 | Advice #000000000015979 | Checking | XXXXXXXXXXX8893 | 100.00 |
| Personal | 1.60 | | Checking | XXXXXXXXXXX9598 | 100.00 |
| | | | Checking | XXXXXXXXXXX2767 | 100.00 |
| | | | Checking | XXXXXXXXXXX4041 | 100.00 |
| | | | Checking | XXXXXXXXXXX0617 | 100.00 |
| | | | Checking | XXXXXXXXXXX0527 | 100.00 |
| | | | Checking | XXXXXXXXXXX7953 | 300.00 |
| | | | Checking | XXXXXXXXXXX0251 | 3,231.97 |
| | | | **TOTAL:** | | **4,131.97** |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.
**MESSAGE:**

| CHH Community Health Inc<br>Temple Health Sys Boyer Pavilion, 3509 N Broad Street<br>9th Floor<br>Philadelphia, PA  19140 | Pay Group:          CHH-CHH Biweekly<br>Pay Begin Date:   11/05/2023<br>Pay End Date:     11/18/2023 | Business Unit:   627<br>Advice #:         000000000014679<br>Advice Date:     11/24/2023 |
|---|---|---|

| Kelvin A Lashley<br>4 DONNY BROOK WAY<br>COLLEGEVILLE, PA  19426 | Employee ID:   502028482<br>Department:    1025200-5S-Medical Surgical<br>Location:      5S-Medical Surgical<br>Job Title:     RN II | TAX DATA:         Federal        PA State<br>Marital Status:   Married        N/A<br>Allowances:       N/A            N/A<br>Addl. Percent:    N/A<br>Addl. Amount: |
|---|---|---|

## HOURS AND EARNINGS

|  |  | ----------------- Current ------------------- | | ------------ YTD --------------- | |
|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| OT Stndard | 59.830000 | 8.00 | 478.64 | 162.25 | 9,185.24 |
| Regular | 59.830000 | 72.00 | 4,307.76 | 1,571.75 | 89,007.97 |
| Incentive |  |  | 840.00 |  | 8,780.00 |
| Shift 3.00 | 3.000000 | 24.50 | 73.50 | 696.75 | 2,090.25 |
| OT @ 1.5 | 68.742244 | 11.25 | 1,059.76 |  | 0.00 |
| OT @ 1.5 | 68.785882 | 11.00 | 1,036.45 | 277.75 | 24,817.25 |
| Shift 2.00 |  |  | 0.00 | 117.75 | 235.50 |
| Holiday |  |  | 0.00 | 16.00 | 897.92 |
| Nonprod NP |  |  | 0.00 | 17.00 | 0.00 |
| Nprod N-OT |  |  | 0.00 | 2.00 | 112.24 |
| Vacation |  |  | 0.00 | 36.00 | 2,020.32 |
| Hol Pd Out |  |  | 0.00 | 24.00 | 1,346.88 |
| Hol Pr 0.5 |  |  | 0.00 | 36.75 | 1,031.21 |
| Personal |  |  | 0.00 | 27.00 | 1,515.24 |
| Nonprod Pd |  |  | 0.00 | 2.00 | 112.24 |
| Bonus Sign |  |  | 0.00 |  | 2,500.00 |
| **TOTAL:** |  | **126.75** | **7,796.11** | **2,987.00** | **143,652.26** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed OASDI/EE | 477.09 | 8,762.37 |
| Fed MED/EE | 111.57 | 2,049.26 |
| Fed Withholdng | 1,418.60 | 24,210.12 |
| PA Withholdng | 236.24 | 4,338.79 |
| PA Unempl EE | 5.46 | 100.56 |
| PHILADELPHIA Withhol | 268.19 | 4,941.66 |
| **TOTAL:** | **2,517.15** | **44,402.76** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PEN CONTRB EE | 193.85 | 4,214.99 |
| PersChoice | 90.93 | 2,091.39 |
| Dental | 10.10 | 232.30 |
| **TOTAL:** | **294.88** | **6,538.68** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TUHS STD | 43.49 | 974.07 |
| LTD | 25.03 | 544.49 |
| Suppl Life | 33.64 | 729.92 |
| Suppl AD&D | 1.56 | 35.88 |
| **TOTAL:** | **103.72** | **2,284.36** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| PersChoice | 818.40 | 18,823.20 |
| Dental | 30.29 | 696.67 |
| Vision | 2.67 | 61.41 |
| PEN CONTRB ER | 193.85 | 4,214.99 |
| LTD | 23.26 | 506.18 |
| Life | 0.33 | 7.59 |
| ***IMPUTED INCOME** | | |

|  | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 7,796.11 | 7,501.23 | 2,517.15 | 398.60 | 4,880.36 |
| YTD | 143,652.26 | 137,113.58 | 44,402.76 | 8,823.04 | 90,426.46 |

| BENEFIT TIME | BALANCE |
|---|---|
| Vacation | 158.80 |
| Sick | 112.59 |
| Personal | 1.60 |

## NET PAY DISTRIBUTION

|  | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000000014679 | Checking | XXXXXXXXXXX8893 | 100.00 |
|  | Checking | XXXXXXXXXXX9598 | 100.00 |
|  | Checking | XXXXXXXXXXX2767 | 100.00 |
|  | Checking | XXXXXXXXXXX4041 | 100.00 |
|  | Checking | XXXXXXXXXXX0617 | 100.00 |
|  | Checking | XXXXXXXXXXX0527 | 100.00 |
|  | Checking | XXXXXXXXXXX7953 | 300.00 |
|  | Checking | XXXXXXXXXXX0251 | 3,980.36 |
|  | **TOTAL:** |  | **4,880.36** |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.
**MESSAGE:**