**CHH Community Health Inc**
Temple Health Sys Boyer Pavilion, 3509 N Broad Street
9th Floor
Philadelphia, PA  19140

| | | |
|---|---|---|
| Pay Group: | CHH-CHH Biweekly | |
| Pay Begin Date: | 01/14/2024 | |
| Pay End Date: | 01/27/2024 | |
| Business Unit: | 627 | |
| Advice #: | 000000000017909 | |
| Advice Date: | 02/02/2024 | |

Kelvin A Lashley
4 DONNY BROOK WAY
COLLEGEVILLE, PA  19426

| | |
|---|---|
| Employee ID: | 502028482 |
| Department: | 1025200-5S-Medical Surgical |
| Location: | 5S-Medical Surgical |
| Job Title: | RN II |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Married | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | | N/A |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| OT Stndard | 59.830000 | 8.00 | 478.64 | 24.00 | 1,435.92 |
| Regular | 59.830000 | 72.00 | 4,307.76 | 216.00 | 12,923.28 |
| Shift 3.00 | 3.000000 | 13.00 | 39.00 | 13.00 | 39.00 |
| OT @ 1.5 | 60.542283 | 14.75 | 1,328.99 | 18.50 | 1,675.90 |
| Incentive | | | 0.00 | | 80.00 |
| Hol Pr 0.5 | | | 0.00 | 13.75 | 411.33 |
| **TOTAL:** | | **107.75** | **6,154.39** | **285.25** | **16,565.43** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed OASDI/EE | 374.78 | 1,007.22 |
| Fed MED/EE | 87.65 | 235.56 |
| Fed Withholdng | 1,001.90 | 2,552.26 |
| PA Withholdng | 185.58 | 498.74 |
| PA Unempl EE | 4.31 | 11.60 |
| PHILADELPHIA Withhol | 211.71 | 569.85 |
| **TOTAL:** | **1,865.93** | **4,875.23** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PEN CONTRB EE | 193.85 | 581.55 |
| PersChoice | 97.30 | 285.53 |
| Dental | 12.12 | 34.34 |
| **TOTAL:** | **303.27** | **901.42** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TUHS STD | 43.49 | 130.47 |
| LTD | 25.03 | 75.09 |
| Suppl Life | 33.64 | 100.92 |
| Suppl AD&D | 1.56 | 4.68 |
| **TOTAL:** | **103.72** | **311.16** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| PersChoice | 875.69 | 2,569.78 |
| Dental | 36.35 | 102.99 |
| Vision | 2.67 | 8.01 |
| PEN CONTRB ER | 193.85 | 581.55 |
| LTD | 23.26 | 69.78 |
| Life | 0.33 | 0.99 |
| *IMPUTED INCOME | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 6,154.39 | 5,851.12 | 1,865.93 | 406.99 | 3,881.47 |
| YTD | 16,565.43 | 15,664.01 | 4,875.23 | 1,212.58 | 10,477.62 |

| BENEFIT TIME | BALANCE |
|---|---|
| Vacation | 162.00 |
| Sick | 129.24 |
| Personal | 1.60 |

### NET PAY DISTRIBUTION

Advice #000000000017909

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | XXXXXXXXXXX8893 | 100.00 |
| Checking | XXXXXXXXXXX9598 | 100.00 |
| Checking | XXXXXXXXXXX2767 | 100.00 |
| Checking | XXXXXXXXXXX4041 | 100.00 |
| Checking | XXXXXXXXXXX0617 | 100.00 |
| Checking | XXXXXXXXXXX0527 | 100.00 |
| Checking | XXXXXXXXXXX7953 | 300.00 |
| Checking | XXXXXXXXXXX0251 | 2,981.47 |
| **TOTAL:** | | **3,881.47** |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.

**MESSAGE:**

| CHH Community Health Inc<br>Temple Health Sys Boyer Pavilion, 3509 N Broad Street<br>9th Floor<br>Philadelphia, PA  19140 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | CHH-CHH Biweekly<br>01/28/2024<br>02/10/2024 | Business Unit:<br>Advice #:<br>Advice Date: | 627<br>000000000018561<br>02/16/2024 |

| Kelvin A Lashley<br>4 DONNY BROOK WAY<br>COLLEGEVILLE, PA  19426 | Employee ID:<br>Department:<br>Location:<br>Job Title: | 502028482<br>1025200-5S-Medical Surgical<br>5S-Medical Surgical<br>RN II | | |
|---|---|---|---|---|
| | | | **TAX DATA:** | **Federal** | **PA State** |
| | | | Marital Status: | Married | N/A |
| | | | Allowances: | N/A | N/A |
| | | | Addl. Percent: | N/A | |
| | | | Addl. Amount: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| OT Stndard | 59.830000 | 6.25 | 373.94 | 30.25 | 1,809.86 |
| Regular | 59.830000 | 72.00 | 4,307.76 | 288.00 | 17,231.04 |
| Shift 2.00 | 2.000000 | 15.25 | 30.50 | 15.25 | 30.50 |
| OT @ 1.5 | 60.539302 | 3.00 | 270.30 | 21.50 | 1,946.20 |
| Incentive | | | 0.00 | | 80.00 |
| Shift 3.00 | | | 0.00 | 13.00 | 39.00 |
| Hol Pr 0.5 | | | 0.00 | 13.75 | 411.33 |
| **TOTAL:** | | **96.50** | **4,982.50** | **381.75** | **21,547.93** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed OASDI/EE | 302.14 | 1,309.36 |
| Fed MED/EE | 70.66 | 306.22 |
| Fed Withholdng | 720.65 | 3,272.91 |
| PA Withholdng | 149.60 | 648.34 |
| PA Unempl EE | 3.48 | 15.08 |
| PHILADELPHIA Withhol | 171.40 | 741.25 |
| **TOTAL:** | **1,417.93** | **6,293.16** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PEN CONTRB EE | 193.85 | 775.40 |
| PersChoice | 97.30 | 382.83 |
| Dental | 12.12 | 46.46 |
| **TOTAL:** | **303.27** | **1,204.69** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TUHS STD | 43.49 | 173.96 |
| LTD | 25.03 | 100.12 |
| Suppl Life | 33.64 | 134.56 |
| Suppl AD&D | 1.56 | 6.24 |
| **TOTAL:** | **103.72** | **414.88** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| PersChoice | 875.69 | 3,445.47 |
| Dental | 36.35 | 139.34 |
| Vision | 2.67 | 10.68 |
| PEN CONTRB ER | 193.85 | 775.40 |
| LTD | 23.26 | 93.04 |
| Life | 0.33 | 1.32 |
| ***IMPUTED INCOME** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 4,982.50 | 4,679.23 | 1,417.93 | 406.99 | 3,157.58 |
| YTD | 21,547.93 | 20,343.24 | 6,293.16 | 1,619.57 | 13,635.20 |

| BENEFIT TIME | BALANCE |
|---|---|
| Vacation | 162.00 |
| Sick | 132.57 |
| Personal | 1.60 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000000018561 | Checking | XXXXXXXXXXX8893 | 100.00 |
| | Checking | XXXXXXXXXXX9598 | 100.00 |
| | Checking | XXXXXXXXXXX2767 | 100.00 |
| | Checking | XXXXXXXXXXX4041 | 100.00 |
| | Checking | XXXXXXXXXXX0617 | 100.00 |
| | Checking | XXXXXXXXXXX0527 | 100.00 |
| | Checking | XXXXXXXXXXX7953 | 300.00 |
| | Checking | XXXXXXXXXXX0251 | 2,257.58 |
| **TOTAL:** | | | **3,157.58** |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.

**MESSSAGE:**