Case 24-10595-mdc Doc 71 Filed 08/29/24 Desc Main Document Page 1 of 16
Case 24-10595-amc Claim 15-1 Filed 08/20/24 Desc Main Document Page 1 of 16
Exhibit E    Page 1 of 16

**Fill in this information to identify the case:**

Debtor 1: LASHLEY KELVIN ALVIN

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 24-10595

Official Form 410

# Proof of Claim
04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense.** Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
City of Philadelphia / School District of Philadelphia
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
City of Philadelphia Law Dept - Tax Unit
Name
1401 JFK Blvd, 5th Floor
Number    Street
Philadelphia    PA    19102
City    State    ZIP Code
Contact phone 215-686-0503
Contact email Megan.Harper@phila.gov

Where should payments to the creditor be sent? (if different)
Name _____
Number    Street _____
City    State    ZIP Code _____
Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __ - __ __ __ __ - __ __ __ __ - __ __ __ __

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____ MM/DD/YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410    **Proof of Claim**    page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 9 0 2 7

**7. How much is the claim?**   $ 24,361.11 . **Does this amount include interest or other charges?** Plus Unliquidated claims.

☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Municipal Claim

**9. Is all or part of the claim secured?**

☐ No
☑ Yes.   The claim is secured by a lien on property.

**Nature of property:**

☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe:   54 REGER ST., 34 S ASHMEAD PL

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property**:   $ 0.00
**Amount of the claim that is secured:**   $ 24,146.00
**Amount of the claim that is unsecured:** $ 24,146.00 (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $ 24,146.00

**Annual Interest Rate [Real Estate]** (when case was filed) 0 %
**Annual Interest Rate [Judgments]** (when case was filed) 6.00 %
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.**   $ 0.00

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

Official Form 410  **Proof of Claim**  page 2

Case 24-10205-amc Claim 15-1 Filed 08/29/24 Desc Main Document Page 3 of 16
Case 24-10205-amc Doc 571 Filed 08/29/24 Entered 08/29/24 11:51:54 Page 3 of 16
Exhibit E   Page 3 of 16

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>☑ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____0.00 |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____0.00 |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____0.00 |
| | ☑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $Unliquidated   0.00 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____0.00 |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____0.00 |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  06/18/2024
                  MM / DD / YYYY

/s/ Megan N. Harper
Signature

**Print the name of the person who is completing and signing this claim:**

Name: Megan Harper
 First name   Middle name   Last name

Title: Senior Attorney

Company: City of Philadelphia Law Tax & Revenue Unit
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 1401 JFK Blvd, 5th Floor
 Number   Street
Philadelphia   PA   19102
 City   State   ZIP Code

Contact phone: (215) 686-0503   Email: Megan.Harper@phila.gov

Official Form 410   **Proof of Claim**   page 3

Debtor: LASHLEY KELVIN ALVIN

**City of Philadelphia**
*Pre-Petition Itemized Statement*

Bankruptcy: 24-10595

Filing date: 23-Feb-2024

Interest and Penalties as of: 23-Feb-2024

## Claim Type: Secured

Business Income and Receipts Tax - Account #00000455408

| Filing Period | Tax | Interest | Penalty | Other | Jdmt Amt | Balance | Comments |
|---|---|---|---|---|---|---|---|
| 20-Mar-2013 | $0.00 | $0.00 | $0.00 | $73.00 | $12,000.00 | $12,073.00 | CE-13-01-70-0676 |
|  | **$0.00** | **$0.00** | **$0.00** | **$73.00** | **$12,000.00** | **$12,073.00** |  |

Net Profits Tax - Account #00000422640

| Filing Period | Tax | Interest | Penalty | Other | Jdmt Amt | Balance | Comments |
|---|---|---|---|---|---|---|---|
| 13-Sep-2012 | $0.00 | $0.00 | $0.00 | $73.00 | $12,000.00 | $12,073.00 | CE-12-07-70-0575 |
|  | **$0.00** | **$0.00** | **$0.00** | **$73.00** | **$12,000.00** | **$12,073.00** |  |

Subtotal: **$24,146.00**

## Claim Type: General Unsecured

Business Income and Receipts Tax - Account #00000455408

| Filing Period | Tax | Interest | Penalty | Other | Jdmt Amt | Balance | Comments |
|---|---|---|---|---|---|---|---|
| 31-Dec-2009 | $29.56 | $28.32 | $59.13 | $0.00 | $0.00 | $117.01 |  |
| 31-Dec-2012 | $32.00 | $19.14 | $46.96 | $0.00 | $0.00 | $98.10 |  |
|  | **$61.56** | **$47.46** | **$106.09** | **$0.00** | **$0.00** | **$215.11** |  |

Subtotal: **$215.11**

Debtor: LASHLEY KELVIN ALVIN

**City of Philadelphia**
**Pre-Petition Itemized Statement**

Bankruptcy: 24-10595

Filing date: 23-Feb-2024

Interest and Penalties as of: 23-Feb-2024

Total Claim: **$24,361.11**

Debtor: LASHLEY KELVIN ALVIN         *Nonfiler Schedule*         Bankruptcy: 24-10595
Filing date: 23-Feb-2024

## Unliquidated Claim

### Business Income and Receipts Tax - Account #00000455408

**Filing Period**

31-Dec-2010

31-Dec-2015

31-Dec-2016

31-Dec-2017

31-Dec-2018

31-Dec-2019

31-Dec-2020

31-Dec-2021

31-Dec-2022

31-Dec-2023

## Unliquidated Claim

### Net Profits Tax - Account #00000422640

**Filing Period**

31-Dec-2013

31-Dec-2014

31-Dec-2015

31-Dec-2016

31-Dec-2017

31-Dec-2018

31-Dec-2019

31-Dec-2020

31-Dec-2021

31-Dec-2022

31-Dec-2023



# PHILADELPHIA MUNICIPAL COURT
## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA

1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107

Marsha H. Neifield, President Judge        Patricia R. McDermott, Deputy Court Administrator

# CODE ENFORCEMENT COMPLAINT

# CE-12-07-70-0575

| | |
|---|---|
| Commonwealth of Pennsylvania, City of Philadelphia<br>Department: Business Tax<br>Philadelphia, PA 19102<br><br>*Plaintiff* | LASHLEY KELVIN ALVIN<br>4 DONNEYBROOK LN<br>COLLEGEVILLE, PA 19426<br><br>*Defendants(s)* |

ACCT NUMBER:  9019027    CASE NUMBER:   0000571938

The within-named defendant(s) is (are) in violation of the code(s) or ordinance(s) of the City of Philadelphia or statute(s) of Commonwealth of Pennsylvania as listed below. Request is made for imposition of penalties or fines as provided by law.

### DESCRIPTION OR NATURE OF VIOLATION

```
19-509           ANY PERSON WHO FAILS TO FILE TAX RETURN(S) TIMELY OR FAILS OR REFUSES
                 TO PAY THE TAX DUE TIMELY IS SUBJECT TO A FINE OF $300.00 FOR EACH
                 OFFENSE, TOGETHER WITH COSTS OF COLLECTION OF $400.00.  A SEPERATE
                 OFFENSE SHALL BE DEEMED TO OCCUR ON THE FIRST DAY OF EACH MONTH THAT
                 CONDUCT DESCRIBED HEREIN CONTINUES.
19-2600/1500     2008 NET PROFITS TAX RETURN DUE APRIL 16, 2009
```

**Summons to the Defendant**
You are hereby ordered to appear at a Hearing scheduled as follows:

**Citation al Demandado**
Por la presenta, Usted esta dirljido a presentarse A la siguiente:

1339 Chestnut Street 6th Floor
Philadelphia, PA 19107
Hearing Room: 1

September 13th, 2012
10:30 AM

**WHEREFORE**, the City of Philadelphia requests this Court enter a fine jointly and severally against each defendant in the

| | |
|---|---|
| **Amount Due** | $  12000.00 |
| **Court Costs** | $      73.00 |
| **TOTAL CLAIMED** | $  12073.00 |
| Date Filed: 07/30/2012 | |

I am an attorney for the plaintiff(s), the plaintiff's authorized representative or have a power of attorney for the plaintiff(s) in this code enforcement action. I hereby verify that I am authorized to make this verification; that I have sufficient knowledge, information and belief to take this verification or have gained sufficient knowledge, information and belief from communications with the plaintiff or the persons listed below and that the facts set forth are true and correct to the best of my knowledge, information and belief. I understand that this verification is made subject to the penalties set forth in 18 Pa. C.S. § 4904, which concerns the making of unsworn falsifications to authorities. If I am an authorized representative or have a power of attorney, I have attached a completed Philadelphia Municipal Court authorized representative form or a completed power of attorney form.

TINA LAWSON

_____
Signature Plaintiff/Attorney
Attorney # 066186

Address & Phone

5900 TORRESDALE AVENUE
PHILADELPHIA, PA 19135

215-288-6800 ext.308

CITY SOLICITOR – SHELLEY R SMITH

**NOTICE TO THE DEFENDANT, YOU HAVE BEEN SUED IN COURT. PLEASE SEE ATTACHED NOTICES.**
**AVISO AL DEMANDADO HAN DEMANDADO EN CORTE. VEA POR FAVOR LOS AVISOS ASOCIADOS.**

To resolve this matter without appearing in court, contact the attorney shown above immediately.
All corporations (Plaintiff and Defendant) must be represented by an attorney.

**PHILADELPHIA MUNICIPAL COURT**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107

Marsha H. Neifield, President Judge     Patricia R. McDermott, Deputy Court Administrator

# CE-12-07-70-0575

| | |
|---|---|
| Commonwealth of Pennsylvania, City of Philadelphia<br>Department: Business Tax<br>Philadelphia, PA 19102 | LASHLEY KELVIN ALVIN<br>4 DONNEYBROOK LN<br>COLLEGEVILLE, PA 19426 |
| *Plaintiff* | *Defendant(s)* |

TINA LAWSON
_____
**Plaintiff/Attorney**
**Attorney #** _____066186_____

**Address & Phone**  5900 TORRESDALE AVENUE
PHILADELPHIA, PA 19135
215-288-6800 ext.308

# O R D E R

**AND NOW,** to wit this ___13th___ day of _____September_____, ___2012___, upon consideration of the above captioned complaint, it is hereby ordered and decreed that the above captioned case be marked as follows:

Judgment for Plaintiff by Default. Judgment in the amount of $12,000.00, plus $73.00 Costs.

**BY THE COURT:**

*[signature]* M.B.
J.

51 (07/09/01)

# PHILADELPHIA MUNICIPAL COURT
### Office of the Deputy Court Administrator
1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107
215-686-2910
09/13/2012

| | |
|---|---|
| Marsha H. Neifield<br>President Judge | Patricia R. McDermott<br>Deputy Court Administrator |

| | | | |
|---|---|---|---|
| Commonwealth of Pennsylvania, City of Philadelphia | Plaintiff | Date of Judgment:<br>Claim No: | 09/13/2012<br>CE-12-07-70-0575 |
| vs.<br>LASHLEY KELVIN ALVIN<br>4 DONNEYBROOK LN<br>COLLEGEVILLE, PA 19426 | Defendant | Hearing Date Was:<br>Fine/Cost:<br>Total Jdgmt Amt Due: | 09/13/2012<br>$12,073.00<br>$12,073.00 |

## NOTICE OF JUDGMENT

Pursuant to Rule 122, you are hereby notified that a judgment has been entered against you, as Defendant, in the above matter. The subject matter of this fine is that you failed to file Business Tax Return(s) with the City of Philadelphia.

Upon Payment to the Plaintiff of the above judgment amount, an Order To Satisfy will be filed by the Plaintiff and the judgment will be satisfied on the record.

Your check or money-order, made payable to the City of Philadelphia, can be mailed, along with this notice directly to: Revenue Collection Bureau, 5900 Torresdale Ave., Philadelphia, PA 19135.

Cash payment can be made at the Revenue Department Cashiering Unit, Municipal Services Building, Concourse Level, 1400 JFK Blvd., Philadelphia, PA 19102.

Unless the above judgment amount is paid within 30 days from the date hereof, further legal action for collection may be taken with additional costs, chargeable against you.

If you have any questions concerning the above judgment, please contact the Revenue Collection Bureau at (215) 288-6800.

Patricia R. McDermott
Deputy Court Administrator

*

(258)

# THE PHILADELPHIA MUNICIPAL COURT
## JUDGMENTS & PETITIONS UNIT
**ROOM 1003,** 1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107
**215-686-7989**

Patrick F. Dugan, President Judge
**PRESIDENT JUDGE**

CLAIM NO. CE-12-07-70-0575

Commonwealth of Pennsylvania, City of Philadelphia
Department: Business Tax
Philadelphia, PA 19102

**PLAINTIFF(S)**

LASHLEY KELVIN ALVIN
4 DONNEYBROOK LN
COLLEGEVILLE, PA 19426

**DEFENDANT(S)**

**TERRE-TENANT(S)**

## WRIT OF REVIVAL

(1) You are notified that the Plaintiff(s) has (have) commenced a proceeding to revive and continue the lien of the judgment in the above entitled cause.

(2) The Plaintiff(s) claims (claim) that the amount due and unpaid is $ 12000.00 with interest from 01/18/2018.

(3) You are required within twenty (20) days after service of this writ to file an answer or otherwise plead to this writ. If you fail to do so judgment of revival will be entered.

Office of Judicial Records

BY: R.C.B. (70)

**FILED IN BULK**

DATE: 12/28/2023

REV. 6/15/2012

# THE PHILADELPHIA MUNICIPAL COURT
## JUDGMENTS & PETITIONS UNIT
**ROOM 1003,** 1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107
**215-686-7989**

Patrick F. Dugan, President Judge
**PRESIDENT JUDGE**

**CLAIM NO.** CE-12-07-70-0575

```
Commonwealth of Pennsylvania, City of
Philadelphia
Department: Business Tax
Philadelphia, PA 19102
```
PLAINTIFF(S)

```
LASHLEY KELVIN ALVIN
4 DONNEYBROOK LN
COLLEGEVILLE, PA 19426
```
DEFENDANT(S)

TERRE-TENANT(S)

## PRAECIPE FOR WRIT OF REVIVAL OF JUDGMENT

**TO THE PROTHONOTARY**

Issue Writ of Revival of judgment in the above entitled cause and index it in the judgment index against:

```
LASHLEY KELVIN ALVIN
```
**Defendant(s),**

**and Terre Tenant(s)**

**In the amount of:** 12000.00
**With interest from:** 01/18/2018

Commonwealth of Pennsylvania, City of Philadelphia
_____
**PLAINTIFF/ATTORNEY FOR PLAINTIFF**

REV 2/08/MMM



# PHILADELPHIA MUNICIPAL COURT
## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA

1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107

Marsha H. Neifield, President Judge     Patricia R. McDermott, Deputy Court Administrator

# CODE ENFORCEMENT COMPLAINT

# CE-13-01-70-0676

| | |
|---|---|
| Commonwealth of Pennsylvania, City of Philadelphia<br>Department: Business Tax<br>Philadelphia, PA 19102 | LASHLEY KELVIN ALVIN<br>4 DONNEYBROOK LN<br>COLLEGEVILLE, PA 19426 |
| *Plaintiff* | *Defendants(s)* |

ACCT NUMBER: 9019027     CASE NUMBER: 0000608777

The within-named defendant(s) is (are) in violation of the code(s) or ordinance(s) of the City of Philadelphia or statute(s) of Commonwealth of Pennsylvania as listed below. Request is made for imposition of penalties or fines as provided by law.

### DESCRIPTION OR NATURE OF VIOLATION

```
19-509           ANY PERSON WHO FAILS TO FILE TAX RETURN(S) TIMELY OR FAILS OR REFUSES
                 TO PAY THE TAX DUE TIMELY IS SUBJECT TO A FINE OF $300.00 FOR EACH
                 OFFENSE, TOGETHER WITH COSTS OF COLLECTION OF $400.00.  A SEPERATE
                 OFFENSE SHALL BE DEEMED TO OCCUR ON THE FIRST DAY OF EACH MONTH THAT
                 CONDUCT DESCRIBED HEREIN CONTINUES.
19-2600/1500     2009 BUSINESS PRIVILEGE TAX RETURN DUE APRIL 16, 2010
```

**Summons to the Defendant**
You are hereby ordered to appear at a Hearing scheduled as follows:

**Citation al Demandado**
Por la presenta, Usted esta dirljido a presentarse A la siguiente:

1339 Chestnut Street 6th Floor
Philadelphia, PA 19107
Hearing Room: 1

March 20th, 2013

10:00 AM

**WHEREFORE**, the City of Philadelphia requests this Court enter a fine jointly and severally against each defendant in the

| | |
|---|---|
| **Amount Due** | $ 12000.00 |
| **Court Costs** | $ 73.00 |
| **TOTAL CLAIMED** | $ 12073.00 |

Date Filed: 01/31/2013

I am an attorney for the plaintiff(s), the plaintiff's authorized representative or have a power of attorney for the plaintiff(s) in this code enforcement action. I hereby verify that I am authorized to make this verification; that I have sufficient knowledge, information and belief to take this verification or have gained sufficient knowledge, information and belief from communications with the plaintiff or the persons listed below and that the facts set forth are true and correct to the best of my knowledge, information and belief. I understand that this verification is made subject to the penalties set forth in 18 Pa. C.S. § 4904, which concerns the making of unsworn falsifications to authorities. If I am an authorized representative or have a power of attorney, I have attached a completed Philadelphia Municipal Court authorized representative form or a completed power of attorney form.

TINA LAWSON

_____
Signature Plaintiff/Attorney
Attorney # 066186

Address & Phone

5900 TORRESDALE AVENUE
PHILADELPHIA, PA 19135

215-288-6800 ext.308

CITY SOLICITOR – SHELLEY R SMITH

**NOTICE TO THE DEFENDANT, YOU HAVE BEEN SUED IN COURT. PLEASE SEE ATTACHED NOTICES.**

**AVISO AL DEMANDADO HAN DEMANDADO EN CORTE. VEA POR FAVOR LOS AVISOS ASOCIADOS.**

To resolve this matter without appearing in court, contact the attorney shown above immediately.
All corporations (Plaintiff and Defendant) must be represented by an attorney.



**PHILADELPHIA MUNICIPAL COURT**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107

Marsha H.  Neifield, President Judge       Patricia R. McDermott, Deputy Court Administrator

# CE-13-01-70-0676

| Commonwealth of Pennsylvania, City of Philadelphia<br>Department: Business Tax<br>Philadelphia, PA 19102 | LASHLEY KELVIN ALVIN<br>4 DONNEYBROOK LN<br>COLLEGEVILLE, PA 19426 |
|---|---|
| *Plaintiff* | *Defendant(s)* |

TINA LAWSON
_____
**Plaintiff/Attorney**
**Attorney #** _____066186_____

**Address &** 5900 TORRESDALE AVENUE
**Phone**    PHILADELPHIA, PA 19135
             215-288-6800 ext.308

# O R D E R

**AND NOW,** to wit this ____20th____ day of _____March_____, ____2013____, upon consideration of the above captioned complaint, it is hereby ordered and decreed that the above captioned case be marked as follows:

Judgment for Plaintiff by Default. Judgment in the amount of $12,000.00, plus $73.00 Costs.

**BY THE COURT:**

_____
                                                                J.

51 (07/09/01)

# PHILADELPHIA MUNICIPAL COURT
**Office of the Deputy Court Administrator**
1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107
215-686-2910
03/20/2013

| | |
|---|---|
| Marsha H. Neifield<br>President Judge | Patricia R. McDermott<br>Deputy Court Administrator |

| | | | |
|---|---|---|---|
| Commonwealth of Pennsylvania, City of Philadelphia | Plaintiff | Date of Judgment:<br>Claim No: | 03/20/2013<br>CE-13-01-70-0676 |
| vs.<br>LASHLEY KELVIN ALVIN<br>4 DONNEYBROOK LN<br>COLLEGEVILLE, PA 19426 | Defendant | Hearing Date Was:<br>Fine/Cost:<br>Total Jdgmt Amt Due: | 03/20/2013<br>$12,073.00<br>$12,073.00 |

## NOTICE OF JUDGMENT

Pursuant to Rule 122, you are hereby notified that a judgment has been entered against you, as Defendant, in the above matter. The subject matter of this fine is that you failed to file Business Tax Return(s) with the City of Philadelphia.

Upon Payment to the Plaintiff of the above judgment amount, an Order To Satisfy will be filed by the Plaintiff and the judgment will be satisfied on the record.

Your check or money-order, made payable to the City of Philadelphia, can be mailed, along with this notice directly to: Revenue Collection Bureau, 5900 Torresdale Ave., Philadelphia, PA 19135.

Cash payment can be made at the Revenue Department Cashiering Unit, Municipal Services Building, Concourse Level, 1400 JFK Blvd., Philadelphia, PA 19102.

Unless the above judgment amount is paid within 30 days from the date hereof, further legal action for collection may be taken with additional costs, chargeable against you.

If you have any questions concerning the above judgment, please contact the Revenue Collection Bureau at (215) 288-6800.

Patricia R. McDermott
Deputy Court Administrator

*

(258)

# THE PHILADELPHIA MUNICIPAL COURT
## JUDGMENTS & PETITIONS UNIT
**ROOM 1003,** 1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107
**215-686-7989**

T. Francis Shields, President Judge
**PRESIDENT JUDGE**

**CLAIM NO.** CE-13-01-70-0676

Commonwealth of Pennsylvania, City of Philadelphia
Department: Business Tax
Philadelphia, PA 19102

**PLAINTIFF(S)**

LASHLEY KELVIN ALVIN
4 DONNEYBROOK LN
COLLEGEVILLE, PA 19426

**DEFENDANT(S)**

**TERRE-TENANT(S)**

## WRIT OF REVIVAL

(1) You are notified that the Plaintiff(s) has (have) commenced a proceeding to revive and continue the lien of the judgment in the above entitled cause.

(2) The Plaintiff(s) claims (claim) that the amount due and unpaid is $ 12000.00 with interest from 05/01/2018.

(3) You are required within twenty (20) days after service of this writ to file an answer or otherwise plead to this writ. If you fail to do so judgment of revival will be entered.

Office of Judicial Records

**BY:** R.C.B. (70)

**FILED IN BULK**

**DATE:** 04/23/2024

REV. 6/15/2012

# THE PHILADELPHIA MUNICIPAL COURT
## JUDGMENTS & PETITIONS UNIT
**ROOM 1003,** 1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107
**215-686-7989**

T. Francis Shields, President Judge
**PRESIDENT JUDGE**

**CLAIM NO.** CE-13-01-70-0676

```
Commonwealth of Pennsylvania, City of
Philadelphia
Department: Business Tax
Philadelphia, PA 19102
```
PLAINTIFF(S)

```
LASHLEY KELVIN ALVIN
4 DONNEYBROOK LN
COLLEGEVILLE, PA 19426
```
DEFENDANT(S)

TERRE-TENANT(S)

## PRAECIPE FOR WRIT OF REVIVAL OF JUDGMENT

**TO THE PROTHONOTARY**

Issue Writ of Revival of judgment in the above entitled cause and index it in the judgment index against:

```
LASHLEY KELVIN ALVIN
```
**Defendant(s),**

**and Terre Tenant(s)**

**In the amount of:** 12000.00
**With interest from:** 05/01/2018

Commonwealth of Pennsylvania, City of Philadelphia
_____
**PLAINTIFF/ATTORNEY FOR PLAINTIFF**

REV 2/08/MMM