United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10595-amc |
| Kelvin Alvin Lashley | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 16, 2024 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14864066 | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 17 2024 00:09:55 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 18, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN E. CAINE | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dboyle-ebersole@hoflawgroup.com, PABKAttorneyecf@orlans.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor The Bank of New York Mellon  formerly known as The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed C bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor DLJ Mortgage Capital  Inc. bkgroup@kmllawgroup.com |
| EMMANUEL J. ARGENTIERI | on behalf of Creditor Federal Home Loan Mortgage Corporation  as trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2017-2, as owner of the Related Mortgage Loan bk@rgalegal.com |
| KENNETH E. WEST | |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Oct 16, 2024 Form ID: trc Total Noticed: 1

ecfemails@ph13trustee.com philaecf@gmail.com

**MICHAEL A. CIBIK**
on behalf of Debtor Kelvin Alvin Lashley help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

**MICHELLE L. MCGOWAN**
on behalf of Creditor The Bank of New York Mellon mimcgowan@raslg.com

**PAMELA ELCHERT THURMOND**
on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 24-10595-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Kelvin Alvin Lashley
4 Donneybrook Ln
Collegeville PA 19426-4408

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/15/2024.

Name and Address of Alleged Transferor(s): | Name and Address of Transferee:

Claim No. 4: Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368

Resurgent Receivables LLC
PO Box 10587
Greenville, SC 29603

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/18/24

Tim McGrath
**CLERK OF THE COURT**