# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>**Kelvin Alvin Lashley**<br><br>　　　**Debtor**<br><br>**THE BANK OF NEW YORK MELLON, FORMERLY KNOWN AS THE BANK OF NEW YORK, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE CIT MORTGAGE LOAN TRUST, 2007-1 ASSET-BACKED CERTIFICATES, SERIES 2007-1**<br><br>　　　**Movant**<br><br>**v.**<br><br>**Kelvin Alvin Lashley**<br><br>　　　**Debtor/Respondent**<br><br>**Alice Lashley**<br><br>　　　**Co-Debtor**<br><br>**Kenneth E. West, Esquire**<br><br>　　　**Trustee/Respondent** | **Bankruptcy No. 24-10595-amc**<br><br>**Chapter 13** |

## ORDER OF COURT GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

## AND CO-DEBTOR STAY

　　　AND NOW, this　　　day of　　　, 2024, upon consideration of THE BANK OF NEW YORK MELLON, FORMERLY KNOWN AS THE BANK OF NEW YORK, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE CIT MORTGAGE LOAN TRUST, 2007-1 ASSET-BACKED CERTIFICATES, SERIES 2007-1's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d) and 11

U.S.C. § 1301, any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to THE BANK OF NEW YORK MELLON, FORMERLY KNOWN AS THE BANK OF NEW YORK, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE CIT MORTGAGE LOAN TRUST, 2007-1 ASSET-BACKED CERTIFICATES, SERIES 2007-1; and it is further

ORDERED, that THE BANK OF NEW YORK MELLON, FORMERLY KNOWN AS THE BANK OF NEW YORK, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE CIT MORTGAGE LOAN TRUST, 2007-1 ASSET-BACKED CERTIFICATES, SERIES 2007-1, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located 4 Donny Brook Way, Collegeville, PA, 19426, including without limitation a sheriff's sale of the property, and it is further

ORDERED that THE BANK OF NEW YORK MELLON, FORMERLY KNOWN AS THE BANK OF NEW YORK, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE CIT MORTGAGE LOAN TRUST, 2007-1 ASSET-BACKED CERTIFICATES, SERIES 2007-1's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

_____
Hon. Chief Judge Ashely M. Chan
U.S. Bankruptcy Court Judge