# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:**<br><br>**Kelvin Alvin Lashley**<br>　　**Debtor**<br><br>THE BANK OF NEW YORK MELLON, FORMERLY KNOWN AS THE BANK OF NEW YORK, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE CIT MORTGAGE LOAN TRUST, 2007-1 ASSET-BACKED CERTIFICATES, SERIES 2007-1<br><br>　　**Movant**<br><br>v.<br><br>**Kelvin Alvin Lashley**<br>　　**Debtor/Respondent**<br><br>**Alice Lashley**<br>　　**Co-Debtor**<br><br>**Kenneth E. West, Esquire**<br>　　**Trustee/Respondent** | Bankruptcy No. 24-10595-amc<br><br>Chapter 13<br><br>Hearing Date: November 14, 2024<br>Hearing Time: 11:00a.m.<br>Location: Courtroom #4, United States Bankruptcy Court, 900 Market Street, Suite 400 Philadelphia, PA 19107 |

**CERTIFICATE OF SERVICE OF MOTION OF THE BANK OF NEW YORK MELLON, FORMERLY KNOWN AS THE BANK OF NEW YORK, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE CIT MORTGAGE LOAN TRUST, 2007-1 ASSET-BACKED CERTIFICATES, SERIES 2007-1 FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY AND NOTICE OF MOTION**

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on <u>October 22, 2024</u> I served copies of the Motion for Relief from the Automatic Stay and Notice of Motion upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

Kelvin Alvin Lashley
4 Donneybrook Ln
Collegeville, PA 19426-4408

Alice Lashley
4 Donneybrook Ln
Collegeville, PA 19426-4408

Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

U.S. Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Date: October 22, 2024

          **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
          Attorney for Movant
          13010 Morris Rd., Suite 450
          Alpharetta, GA 30004
          By: /s/ Robert Shearer
          Robert Shearer, Esquire
          PA Bar Number 83745
          Email: rshearer@raslg.com

24-10595-amc
24-241399
MFR