# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:**<br><br>**Kelvin Alvin Lashley**<br><br>    **Debtor**<br><br>**THE BANK OF NEW YORK MELLON, FORMERLY KNOWN AS THE BANK OF NEW YORK, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE CIT MORTGAGE LOAN TRUST, 2007-1 ASSET-BACKED CERTIFICATES, SERIES 2007-1**<br><br>    **Movant**<br><br>**v.**<br><br>**Kelvin Alvin Lashley**<br><br>    **Debtor/Respondent**<br><br>**Alice Lashley**<br><br>    **Co-Debtor**<br><br>**Kenneth E. West, Esquire**<br><br>    **Trustee/Respondent** | **Bankruptcy No. 24-10595-amc**<br><br>**Chapter 13**<br><br>**Hearing Date: November 14, 2024**<br>**Hearing Time: 11:00a.m.**<br>**Location: Courtroom #4, United States Bankruptcy Court, 900 Market Street, Suite 400 Philadelphia, PA 19107** |

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY RESPONSE DEADLINE AND HEARING DATE

The Bank of New York Mellon, formerly known as The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certificates, Series 2007-1 has filed a Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. §362(d)(1); for costs and disbursements of this action, and for such other and further relief as to the Court may deem just and proper.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

24-10595-amc
24-241399
MFR

1. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the motion, then on or before **November 6, 2024 you or your attorney must filed a response to the Motion**. (*see Instructions on next page*).

   (a) File an answer explaining your position at: United States Bankruptcy Court

      Eastern District of Pennsylvania
      Robert N.C. Nix, Sr. Federal Courthouse
      900 Market Street, Suite 400
      Philadelphia, PA 19107

   If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough that it will be received on or before the dates stated above; and

   (b) Mail a copy to the movant's attorney:

      Michelle L. McGowan, Esquire
      13010 Morris Rd., Suite 450
      Alpharetta, GA 30004
      Telephone: 470-321-7112
      Email: mimcgowan@raslg.com

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. **A hearing on the Motion** is scheduled to be held before **Chief Judge Ashely M. Chan** on **November 14, 2024 at 11:00a.m. in Courtroom #4, United States Bankruptcy Court, 900 Market Street, Suite 400 Philadelphia, PA 19107.** Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing.**

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office in Philadelphia at 215-408-2800 or Reading at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

Dated: October 22, 2024

24-10595-amc<br>
24-241399<br>
MFR

**Robertson, Anschutz, Schneid, Crane
& Partners, PLLC**
Attorney for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
By: /s/ Robert Shearer
Robert Shearer, Esquire
PA Bar Number 83745
Email: rshearer@raslg.com