# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| KELVIN ALVIN LASHLEY | : CHAPTER 13 |
| XXX-XX-1476 | : CASE NO. 24-10595-AMC |
|     Debtor. | : |
| | : |
| | : |

## PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION – DOCUMENT NUMBER 27

Secured Creditor, Federal Home Loan Mortgage Corporation, as trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2017-2, as owner of the Related Mortgage Loan, ("Freddie Mac"), the holder of a mortgage on the real property of the Debtor commonly known as 34 Ashmead Place South, Philadelphia, Pennsylvania 19144, ("Subject Property"), by and through its undersigned attorneys, by and through its undersigned attorney, hereby withdraws its objection to confirmation of plan – <u>Document Number 27</u>.

                                                            Respectfully submitted,
                                                            Romano Garubo & Argentieri

                                                            /s/EMMANUEL J. ARGENTIERI
                                                            EMMANUEL J. ARGENTIERI

Date: October 30, 2024

ROMANO GARUBO & ARGENTIERI
Emmanuel J. Argentieri, Esquire/59264
52 Newton Avenue, P.O. Box 456
Woodbury, New Jersey 08096 --- (856) 384-1515 --- <u>eargentieri@rgalegal.com</u>