United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Kelvin Alvin Lashley  
    Debtor

Case No. 24-10595-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 5  
Date Rcvd: Nov 01, 2024      Form ID: pdf900      Total Noticed: 73

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kelvin Alvin Lashley, 4 Donneybrook Ln, Collegeville, PA 19426-4408 |
| 14860831 | | Alice Germaine Lashley, 4 Donneybrook Ln, Collegeville, PA 19426-4408 |
| 14860835 | | Capital Bank N.A., 2275 Research Blvd Ste 600, Rockville, MD 20850-6238 |
| 14871447 | + | DLJ Mortgage Capital, Inc., C/O Michael Farrington, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14870966 | + | DLJ Mortgage Capital, Inc., c/o Michael Farrington,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14869835 | + | DLJ Mortgage Capital, Inc., c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |
| 14874225 | | Federal Home Loan Mortgage Corporation as owner of, c/o Rushmore Servicing, PO Box 61996, Dallas, TX 75261-9741 |
| 14871438 | + | Federal Home Loan Mortgage Corporation, as trustee, c/o Emmanuel J. Argentieri, Esquire, 52 Newton Avenue, P.O. Box 456, Woodbury, New Jersey 08096-7456 |
| 14860847 | | Montgomery County Tax Claim Bureau, 1 Montgomery Plz Ste 600, Norristown, PA 19401-4851 |
| 14860854 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14863670 | + | The Bank of New York Mellon, C/O Mark A. Cronin, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14859308 | + | US Bank Trust National Association, c/o BRIAN E. CAINE, Parker McCay P.C., 9000 Midlantic Drive, Suite 300, P.O. Box 5054 Mt. Laurel, NJ 08054-5054 |
| 14872689 | + | US Bank Trust National Association, Not In Its Ind, c/o Danielle Boyle-Ebersole, Esquire, Hladik,Onoratom and Federman LLP, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 14859098 | + | US Bank Trust National Association, et al, c/o Brian E. Caine, Esq., PARKER McCAY P.A., 9000 Midlantic Drive, Suite 300, Mount Laurel, NJ 08054-1539 |
| 14860864 | | Upper Providence Township Tax Collection, 1286 Black Rock Rd, Phoenixville, PA 19460-1233 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 02 2024 00:39:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | | Email/Text: megan.harper@phila.gov | Nov 02 2024 00:39:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Tax Litigation and Collections Unit, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: RASEBN@raslg.com | Nov 02 2024 00:38:00 | The Bank of New York Mellon, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 14860829 | | Email/Text: bncnotifications@pheaa.org | Nov 02 2024 00:38:00 | AES/PHEAA, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14860832 | | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 02 2024 00:39:00 | American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016 |
| 14865832 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 02 2024 00:38:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14860830 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 02 2024 00:58:55 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA |

Case 24-10595-amc    Doc 59    Filed 11/03/24    Entered 11/03/24 23:40:51    Desc Imaged
Certificate of Notice    Page 2 of 7

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Nov 01, 2024 | Form ID: pdf900 | Total Noticed: 73 |

| Recip ID | Notice Type | Sent | Recipient |
|---|---|---|---|
| | | | 15212-5862 |
| 14864066 | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 02 2024 00:58:06 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14865958 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 02 2024 00:38:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14865944 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 02 2024 00:38:00 | AmeriCredit Financial Services,Inc.dba GM Financia, PO Box 183853, Arlington, TX 76096-3853 |
| 14864089 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2024 00:58:30 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14860839 | Email/Text: megan.harper@phila.gov | Nov 02 2024 00:39:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14920771 | Email/Text: megan.harper@phila.gov | Nov 02 2024 00:39:00 | City of Philadelphia, c/o PAMELA ELCHERT THURMOND, Law/Revenue Department, Mun. Serv. Bldg., 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102 |
| 14917488 | Email/Text: megan.harper@phila.gov | Nov 02 2024 00:39:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd, Room 580, Philadelphia, PA 19102 |
| 14904991 | Email/Text: megan.harper@phila.gov | Nov 02 2024 00:39:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14860834 | + Email/Text: ECMBKMail@Caliberhomeloans.com | Nov 02 2024 00:39:00 | Caliber Home Loans, Attn: Bankruptcy, P.O. Box 24610, Oklahoma City, OK 73124-0610 |
| 14860836 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 02 2024 00:58:06 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14861833 | + Email/PDF: ebn_ais@aisinfo.com | Nov 02 2024 00:58:59 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14860837 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 02 2024 00:58:35 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14860838 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 02 2024 00:58:39 | Citibank/Sears, Attn: Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14860840 | Email/Text: bankruptcy@philapark.org | Nov 02 2024 00:39:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14860841 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 02 2024 00:38:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14878151 | ^ MEBN | Nov 02 2024 00:13:55 | DLJ Mortgage Capital, Inc., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14880657 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 02 2024 00:39:00 | DLJ Mortgage Capital, Inc., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14874374 | + Email/Text: nsm_bk_notices@mrcooper.com | Nov 02 2024 00:38:00 | Federal Home Loan Mortgage Corporation as owner of, c/o Rushmore Servicing, PO Box 619094, Dallas, TX 75261-9094 |
| 14874226 | + Email/Text: nsm_bk_notices@mrcooper.com | Nov 02 2024 00:38:00 | Federal Home Loan Mortgage Corporation as owner of, c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 14860842 | + Email/Text: bnc-bluestem@quantum3group.com | Nov 02 2024 00:39:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14860843 | Email/Text: Atlanticus@ebn.phinsolutions.com | | |

| | | | |
|---|---|---|---|
| | | Nov 02 2024 00:38:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14860844 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 02 2024 00:38:00 | GM Financial, P O Box 183853, Arlington, TX 76096-3853 |
| 14860845 | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 02 2024 00:38:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14860846 | Email/Text: PBNCNotifications@peritusservices.com | Nov 02 2024 00:38:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14878229 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2024 00:58:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14864067 | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 02 2024 00:58:02 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14860848 | + Email/Text: nsm_bk_notices@mrcooper.com | Nov 02 2024 00:38:00 | Mrc/united Wholesale M, Attn: Bankruptcy P. O. Box 619098, Dallas, TX 75261-9098 |
| 14860850 | Email/PDF: bankruptcy_prod@navient.com | Nov 02 2024 01:15:51 | Navient, Attn: Bankruptcy, PO Box 9640, Wilkes-Barr, PA 18773-9640 |
| 14860849 | Email/PDF: bankruptcy_prod@navient.com | Nov 02 2024 01:16:29 | Navient, Attn: Bankruptcy, PO Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14872028 | Email/Text: ECMCBKNotices@ecmc.org | Nov 02 2024 00:38:00 | Navient Solutions, LLC. on behalf of, ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14860851 | Email/Text: fesbank@attorneygeneral.gov | Nov 02 2024 00:38:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14860852 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 02 2024 00:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14858477 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 02 2024 00:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14860853 | ^ MEBN | Nov 02 2024 00:14:00 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14860855 | Email/Text: bankruptcy@philapark.org | Nov 02 2024 00:39:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14864104 | Email/Text: bnc-quantum@quantum3group.com | Nov 02 2024 00:38:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 14936624 | + Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2024 00:58:55 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14860833 | + Email/Text: bankruptcy@self.inc | Nov 02 2024 00:38:00 | Atlantic Capital Bank, Attn: Bankruptcy Attn: Bankruptcy, 945 East Paces Ferry Road , 16th Floor, Atlanta, GA 30326 |
| 14860856 | + Email/Text: bankruptcy@creditkarma.com | Nov 02 2024 00:38:00 | Seed Financial, Attn: Bankruptcy Attn: Bankruptcy, 548 Market St. , PMB 33447, San Francisco, CA 94104-5401 |
| 14860857 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 02 2024 00:39:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14860858 | Email/Text: mtgbk@shellpointmtg.com | Nov 02 2024 00:38:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 14860859 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 02 2024 01:16:29 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14860860 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 02 2024 00:58:53 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14860861 | Email/Text: jaxbanko@td.com | | |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 02 2024 00:38:00 | TD Auto Finance, Attn: Bankruptcy, PO Box 9223, Farmington Hills, MI 48333-9223 |
| 14927562 | + | Email/Text: RASEBN@raslg.com | Nov 02 2024 00:38:00 | The Bank of New York Mellon, c/o MICHELLE L. MCGOWAN, Robertson, Anschutz, Schneid, Crane &, Partners PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14863440 | ^ | MEBN | Nov 02 2024 00:13:52 | The Bank of New York Mellon, as Trustee, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14880646 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 02 2024 00:39:00 | The Bank of New York Mellon, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14860862 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 02 2024 00:39:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14860863 | ^ | MEBN | Nov 02 2024 00:13:46 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14880063 | + | Email/Text: mtgbk@shellpointmtg.com | Nov 02 2024 00:38:00 | US Bank Trust National Association, et al., c/o NewRez, LLC dba Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |
| 14860865 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 02 2024 00:58:28 | Wells Fargo Home Mortgage, Attn: Bankruptcy Dept, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 58

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14872688 | *+ | DLJ Mortgage Capital, Inc., c/o Michael Farrington,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14878281 | *+ | DLJ Mortgage Capital, Inc., c/o Michael Farrington,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14874234 | *+ | DLJ Mortgage Capital, Inc.., c/o Michael Farrington,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 03, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2024 at the address(es) listed below:

| District/off: 0313-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Nov 01, 2024 | Form ID: pdf900 | Total Noticed: 73 |

| Name | Email Address |
|---|---|
| BRIAN E. CAINE | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dboyle-ebersole@hoflawgroup.com, PABKAttorneyecf@orlans.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor The Bank of New York Mellon  formerly known as The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed C bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor DLJ Mortgage Capital  Inc. bkgroup@kmllawgroup.com |
| EMMANUEL J. ARGENTIERI | on behalf of Creditor Federal Home Loan Mortgage Corporation  as trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2017-2, as owner of the Related Mortgage Loan bk@rgalegal.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Kelvin Alvin Lashley help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor The Bank of New York Mellon mimcgowan@raslg.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| ROBERT BRIAN SHEARER | on behalf of Creditor The Bank of New York Mellon  formerly known as The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed C rshearer@raslg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| **In Re:** | : | |
| Kelvin Alvin Lashley, | : | Chapter 13 |
| | : | Case No. 24-10595 AMC |
| Debtor(s) | : | |

**ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor(s) shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the

proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. § 1326(a)(2).

Dated: Nov. 1, 2024

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE